1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA BARROS, et al.,

Plaintiffs,

v.

CITY & COUNTY OF SAN
FRANCISCO,

Defendant.

Case No.  20-cv-07358-MMC

**ORDER GRANTING DEFENDANT'S MOTION TO SEVER PLAINTIFFS' CLAIMS; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFFS**

Before the Court is defendant City and County of San Francisco's "Motion to Sever Plaintiffs' Claims Pursuant to FRCP 21," filed March 12, 2021.  Plaintiffs Brenda Barros, Kim C. Lynch, Dellfinia Hardy, Rachell Evans, Darlene Daevu, Jo-Theresa Elias-Jackson, Cheryl Thornton, and Donna James have filed opposition, to which defendant has replied.  The matter came on regularly for hearing on April 16, 2021.  Angela M. Alioto, Steven L. Robinson, and Jordanna Thigpen of the Law Offices of Joseph L. Alioto and Angela Alioto appeared on behalf of plaintiffs.  Conor J. Dale of Jackson Lewis LLP appeared on behalf of defendant.

Having read and considered the parties' respective written submissions, and having considered the arguments made at the hearing, the Court, for the reasons stated at the hearing, finds plaintiffs' claims neither "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences," see Fed. R. Civ. P. 20(a)(1)(A), nor present "any question of law or fact common to all plaintiffs," see Fed. R. Civ. P. 20(a)(1)(B), as said claims, as alleged, are based on separate adverse employment actions taken by different managers under different circumstances and "will require particularized factual analysis," see Visendi v. Bank of America, N.A., 733 F.3d 863, 870

(9th Cir. 2013).

Accordingly, defendant's motion to sever is hereby GRANTED, as follows:

1.  The instant action shall proceed only on the claims alleged on behalf of the first-named plaintiff, Brenda Barros.

2.  As to each of the other seven plaintiffs, the Clerk of Court is hereby DIRECTED to open a new case, to waive the filing fee for each new case, and to file in each such case a copy of the complaint (see Doc. No. 1), along with a copy of the instant order.  All filings in the instant action, up to and including the instant order, shall apply to said new cases.

3. In each new case, as well as in the above-titled case, the named plaintiff is hereby DIRECTED to file, no later than May 14, 2021, an amended complaint in which such plaintiff repleads her claims.

**IT IS SO ORDERED.**

Dated: April 20, 2021

MAXINE M. CHESNEY
United States District Judge