1  ANGELA ALIOTO, (SBN 130328)
2  STEVEN L. ROBINSON, (SBN 116146)
   JORDANNA THIGPEN (SBN 232642)
   ANGELA MIA VERONESE (SBN 269942)
3  **LAW OFFICES OF JOSEPH L. ALIOTO**
   **AND ANGELA ALIOTO**
4  700 Montgomery Street
   San Francisco, CA  94111
5  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
6
   Attorneys for Plaintiff Brenda Barros
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11                                    ) CASE NO. 3:20-cv-07358-MMC
                                      )
12  BRENDA BARROS,                    )
                                      )
13     Plaintiff,                     ) **NOTICE OF MOTION AND MOTION BY**
                                      ) **PLAINTIFF BRENDA BARROS FOR**
14                                    ) **LEAVE TO FILE A NOTICE OF**
                                      ) **VOLUNTARY  DISMISSAL;**
15  vs.                               ) **MEMORANDUM OF POINTS &**
                                      ) **AUTHORITIES; DECLARATION OF**
16                                    ) **STEVEN L. ROBINSON & PROPOSED**
                                      ) **ORDER**
17  CITY AND COUNTY OF SAN            )
    FRANCISCO,                        )
18                                    ) Judge: The Honorable Maxine M. Chesney
                                      ) Dept: Courtroom 7 - 9th Floor
19     Defendant.                     ) Date: June 18, 2021
                                      ) Time: 9:00 a.m.
20  _____    )

21  To: Defendant City and County of San Francisco and your attorney of record:

22         PLEASE TAKE NOTICE that on June 18, 2021, at 9:00 a.m. Plaintiff Brenda

23  Barros will appear in Courtroom 7 before The Honorable Maxine M. Chesney for the

24  purpose of seeking leave of the Court to file a Notice of Voluntary Dismissal.

25         The motion shall be made pursuant to the provisions of Rule 41 of the Federal

26  Rule of Civil Procedure. Plaintiff Brenda Barros will seek leave to file a notice of

27  dismissal pursuant to subsection (a)(1) of Rule 41 or, in the alternative, pursuant to

28

1  subsection (a)(2) of Rule 41, the Plaintiff will ask the Court to order the action
2  dismissed without prejudice.
3      The motion will be based on these moving papers, the supporting
4  memorandum of points and authorities, the accompanying declaration and such oral
5  argument as shall be held at the time and place of the hearing.

6  Date: May 11, 2021           Respectfully Submitted,

7                               THE LAW OFFICES OF JOSEPH
                                 L. ALIOTO & ANGELA ALIOTO
8

9                               */s/ Steven L. Robinson*

10                              By: Steven L. Robinson
                                Attorneys for Plaintiff

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28