1  ANGELA ALIOTO, (SBN 130328)
   STEVEN L. ROBINSON, (SBN 116146)
2  JORDANNA THIGPEN (SBN 232642)
   ANGELA MIA VERONESE (SBN 269942)
3  **LAW OFFICES OF JOSEPH L. ALIOTO
   AND ANGELA ALIOTO**
4  700 Montgomery Street
   San Francisco, CA  94111
5  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
6
   Attorneys for Plaintiff Brenda Barros
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10
                                    )  CASE NO. 3:20-cv-07358-MMC
11                                  )
   BRENDA BARROS,                   )
12                                  )
   Plaintiff,                       )  **[PROPOSED] ORDER GRANTING
13                                  )  MOTION BY PLAINTIFF BARROS TO
                                    )  FILE A NOTICE OF VOLUNTARY
14                                  )  DISMISSAL**
                                    )
15  vs.                             )
                                    )
16                                  )
                                    )
17  CITY AND COUNTY OF SAN          )
    FRANCISCO,                      )
                                    )
18                                  )  Judge: The Honorable Maxine M. Chesney
                                    )  Dept: Courtroom 7 - 9th Floor
19     Defendants.                  )  Date: June 18, 2021
                                    )  Time: 9:00 a.m.
20  _____    )  _____

21

22

23

24

25

26

27

28
    Barros v. City & County of San Francisco, Case No, 3:20-cv-07358-MMC

    Order on Motion for Leave to File Voluntary Dismissal-

The motion by Plaintiff Brenda Barros for leave to file a Notice of Dismissal came on for hearing as scheduled.  Upon review of the moving, opposing and reply papers and following oral argument, the Court makes the following order:

[  ] The motion by Plaintiff Brenda Barros for leave to file a Notice of Dismissal is granted.

[  } The present action is hereby order dismissed without prejudice.

IT IS SO ORDERED

Date:

_____
The Honorable Maxine M. Chesney
United States District Court Judge

Barros  v. City & County of San Francisco, Case No, 3:20-cv-07358-MMC
Order on  Motion for Leave to File Voluntary Dismissal-                                                                                    - 2 -