1  ANGELA ALIOTO, (SBN 130328)
2  STEVEN L. ROBINSON, (SBN 116146)
   JORDANNA THIGPEN (SBN 232642)
   ANGELA MIA VERONESE (SBN 269942)
3  **LAW OFFICES OF JOSEPH L. ALIOTO**
   **AND ANGELA ALIOTO**
4  700 Montgomery Street
   San Francisco, CA  94111
5  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
6
   Attorneys for Plaintiff Brenda Barros
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11                                              ) CASE NO. 3:20-cv-07358-MMC
                                                )
   BRENDA BARROS                                 )
12                                              )
   Plaintiff,                                    )
13                                              ) **DECLARATION OF STEVEN L.**
                                                ) **ROBINSON IN SUPPORT OF MOTION**
                                                ) **BY BRENDA BARROS FOR LEAVE TO**
14                                              ) **FILE A NOTICE OF DISMISSAL**
                                                )
15 vs.                                           )
                                                )
16                                              )
                                                )
   CITY AND COUNTY OF SAN                        )
17 FRANCISCO,                                    )
                                                )
                                                )
18                                              ) Judge: The Honorable Maxine M. Chesney
                                                ) Dept: Courtroom 7 - 9th Floor
19         Defendant.                            ) Date: June 18, 2021
                                                ) Time: 9:00 a.m.
20 _____)  _____

21
   I, Steven L. Robinson, declare as follows:
22
   1.    I am one of the attorneys of record for Brenda Barros.
23
   2.    On April 22, 2021, I sent an email to Conor Dale, Counsel for Defendant City and
24
         County of San Francisco.  I asked him whether he would stipulate to a dismissal
25
         of this pending action.  In the course of an exchange of  emails, I indicated that
26
         we would be seeking a dismissal "without prejudice."
27
   3.    On May 7, 2021, Mr. Dale stated in an email that  his client would not stipulate
28

Barros  v. City & County of San Francisco, Case No, 3:20-cv-07358-MMC
Declaration of Steven L. Robinson in Support of Motion for Leave to File a Notice of Dismissal

1       to the dismissal of Ms. Barros claims without prejudice.

2  4.     It is my understanding, based that Ms. Barros has not previously dismissed any

3       federal- or state-court action based on or including the same claim.

4 DECLARED AS TRUE, under penalty of perjury pursuant to the laws of the United

5 States of America. Dated this 11th day of May, 2021.  Signed in the State of California,

6 County of San Francisco.

7

8

                                                Steven L. Robinson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28