1  ANGELA ALIOTO, (SBN 130328)
   STEVEN L. ROBINSON, (SBN 116146)
2  JORDANNA THIGPEN (SBN 232642)
   ANGELA MIA VERONESE (SBN 269942)
3  **LAW OFFICES OF JOSEPH L. ALIOTO**
   **AND ANGELA ALIOTO**
4  700 Montgomery Street
   San Francisco, CA  94111
5  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
6
   Attorneys for Plaintiff Brenda Barros
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10
                                            ) CASE NO. 3:20-cv-07358-MMC
11                                          )
    BRENDA BARROS,                          )
12                                          )
    Plaintiff,                              ) [PROPOSED] **ORDER GRANTING**
13                                          ) **MOTION BY PLAINTIFF BARROS TO**
                                            ) **FILE A NOTICE OF VOLUNTARY**
14                                          ) **DISMISSAL**
                                            )
15  vs.                                     )
                                            )
16                                          )
    CITY AND COUNTY OF SAN                  )
17  FRANCISCO,                              )
                                            )
18                                          ) Judge: The Honorable Maxine M. Chesney
                                            ) Dept: Courtroom 7 - 9th Floor
19      Defendants.                         ) ~~Date: June 18, 2021~~
                                            ) ~~Time: 9:00 a.m.~~
20  _____)  _____

21

22

23

24

25

26

27

28
    Barros v. City & County of San Francisco, Case No, 3:20-cv-07358-MMC

    Order on Motion for Leave to File Voluntary Dismissal-

1     The motion by Plaintiff Brenda Barros for leave to file a Notice of Dismissal before the Court for determination.[1]
2 came ~~on for hearing as scheduled~~.   Upon review of the moving, opposing and
3 reply papers ~~and following oral argument~~, the Court makes the following order:
4     [ ] The motion by Plaintiff Brenda Barros for leave to file a Notice of Dismissal
5 is granted.
6     [X} The present action is hereby ~~order~~ dismissed without prejudice.
7                               IT IS SO ORDERED
8 Date: June 17, 2021

                              *Maxine M. Chesney*
                              The Honorable Maxine M. Chesney
                              United States District Court Judge

---

[1] In light of President Biden's having, within the past hour, signed a bill declaring Juneteenth National Independence Day a public holiday, the Federal Building will be closed on June 18, 2021, the date on which Plaintiff's motion was noticed for hearing.  Under the circumstances, the Court, having read and considered the parties' respective written submissions as well as having reviewed the entire record in the case, deems it appropriate to resolve the matter without oral argument.